UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

LULU'S CUTS AND TOYS, INC.

            Defendant.

Case No. 1:22-cv-5888

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
              December 13, 2022

                                          Respectfully Submitted,

                                          **/s/ Mars Khaimov**
                             By:    Mars Khaimov, Esq.
                                      108-26 64th avenue, Second Floor
                                      Forest Hills, New York 11375
                                      Tel (929) 324-0717
                                      Fax (929) 333-7774
                                      Email: mars@khaimovlaw.com
                                      *Attorney for Plaintiff*